## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DISTRICT

**MEKAIL THOMAS and**
**EREAON SMITH**                                                      **PLAINTIFFS**


**vs.**                                          **CIVIL ACTION NO. 2:19-CV-112-KS-MTP**


**THE CITY OF LAUREL MISSISSIPPI; THE**
**LAUREL POLICE DEPARTMENT; TOMMY COX;**
**MITCH SUMRALL; KEITH BLANCETT; JOSH**
**FREEMAN, SKYLAR PRUNERA; BRIAN HANCOCK;**
**and JOHN DOES, 1-10**                                      **DEFENDANTS**

### DESIGNATION OF EXPERT WITNESS

COMES NOW the Plaintiffs, Mekail Thomas and Ereaon Smith, by and through undersigned counsel, and files this, their Designation of Expert Witness, pursuant to F.R.C.P. 26 and hereby designated his expert witness as follows:

1.    a.    The Plaintiffs have consulted W. Lloyd Grafton, Ph.D., police policy and procedure expert, who is located at 3896 Hwy 33, Ruston, Louisiana and who has been qualified in Federal District Courts as an expert witness and also accepted in Louisiana, Mississippi, and Texas State Courts as an expert. Dr. Grafton is a retained expert who has knowledge of and holds opinions related to the standard of care owed to Mekail Thomas and Ereaon Smith by the Laurel Police Department on the date complained of in this cause of action, and the appropriate protocols and procedures that should have been in effect and followed.

b.    If called as a witness at the trial of this matter, Dr. Grafton will provide testimony that his opinion is that the shooting was out of policy and objectively unreasonable. This opinion will be augmented as discovery proceeds.

**EX. "A"**

c.      The grounds and basis for his opinion are his knowledge, professional opinion, experience, and learned treatises generally accepted as authoritative, and relied upon by experts in his field.  All such treatises have been subject to peer review and published in medical journals/literature.

d.      Copies of Dr. Grafton's current Curriculum Vitae and Fee Schedule are attached hereto as Exhibit "A" and incorporated herein by reference.

Respectfully submitted, this the 31st day of August, 2020.

MEKAIL THOMAS and EREAON SMITH
PLAINTIFFS

BY:    */s/ J. Stewart Parrish*_____
J. Stewart Parrish, MS BAR #10833


*/s/BobbyMoak*_____
Bobby Moak, MSB #9915


## CERTIFICATE OF SERVICE

I, the undersigned counsel, J. Stewart Parrish, counsel for Plaintiff, do hereby certify that I have on this dated delivered by U.S. mail, postage prepaid, a true and correct copy of the above and foregoing ***Designation of Expert Witness*** to:


Brett W. Robinson, Esq.
Hortman, Harlow, Bassi, Robinson & McDaniel, PLLC
P.O. Box 1409
Laurel, MS  39441-1409


This the 31st day of August, 2020.

<u>Counsel for the Plaintiffs:</u>

J. Stewart Parrish, MSB #10833
Law Office of J. Stewart Parrish, P.A.
P.O. Box 823
Meridian, MS 39302
601-696-4400
601-696-4455(fascimile)

Mr. Bobby Moak, MSB #9915
Law Offices of Bobby Moak, P.C.
P.O. Box 2422
402 Monticello Street
Bogue Chitto, Mississippi 39629
Tel. (601) 734-2566
E-mail bobbymoak402@att.net



# W. Lloyd Grafton

3896 Highway 33
Ruston, Louisiana 71270
Phone: (318) 255-4214
Cell: (318) 243-6669
Fax: (318) 255-6254
Email: lfgrafton@gmail.com

## *Police Issues:*

- Training
- Use of Force
- Police Ethics
- Police Procedure
- Pursuit
- In Custody Issues
- Traffic Stops
- Search and Seizure
- Less Than Lethal Weapons
- K-9
- Self Defense
- Conceal Carry Issues
- Other Police Issues

*\*Accepted in Federal Court as Police Policy and Procedure and Use of Force Expert.*
*\*Accepted in Louisiana, Mississippi and Texas State Court as Use of Force Expert.*



# Resume

## Personal

- Career Status – U.S. Government Special Agent (Retired)
- Associate Professor Criminal Justice (ULM) (Retired)
- Top Secret Clearance (Gov. Employment)

## Education

- University of Southern Mississippi – EdD, December, 1997 Adult Education/Criminal Justice
- University of Southern Mississippi – Masters Criminal Justice, Minor, Public Administration, 1978
- Florida State University, Graduate Work Law Enforcement, 1968-1969
- Louisiana Tech University, Graduate Work Guidance and Counseling, 1968
- Louisiana Tech University, B.A., Social Science Education, Minor, English, 1967
- University of Maryland, College Credit (U.S. Military, 1961-1962)

## Military

**June 1960 to June 1962**

Active Duty U.S. Army, Infantry, 16 months, Korea, 7th Cavalry B.G., 1st Cavalry Division Captain, Louisiana National Guard, Military Police MOS Served as training officer, reviewed civil disturbance training and inspected National Guard firearms storage security. Received Honorable Discharges June, 1966 and August, 1985.

## Experience

**March 2013 to March 2017**

Louisiana State Police Commission Appointed by governor for 6 year term. A seven member body that has final authority over administration of the State Police Service, Louisiana.

**May 2015**

Southern Arkansas University
Criminal Justice Program
Magnolia, Arkansas
Contracted to Evaluate Criminal Justice Program and Faculty, make recommendations for improvements and future graduate program.

**August 2009 to June 2013**
**Assistant Professor (Retired)**
GRAMBLING STATE UNIVERSITY
Criminal Justice Building, Grambling, Louisiana
(318) 274-7818
As a Professor of Criminal Justice, my duties consist of teaching law enforcement courses such
as Law Enforcement, Industrial Security, Criminal Procedure, Interview and Interrogation and
Police Report Writing. I also advise students concerning their curriculum. I serve on several
university committees and continue to work as a consultant concerning police issues.

**January 1994 to August 2009**
**Associate Professor**
UNIVERSITY OF LOUISIANA AT MONROE
209 Stubbs Hall, Monroe, Louisiana 71209
(318) 342-1442
As an Assistant Professor, my duties consist of teaching both graduate and undergraduate
courses. I have instructed in Intro Criminal Justice, The Police, Substance Abuse, Police Society,
Organized Crime, Criminal Justice Research and Criminal Procedure. I advise approximately
100 students. I also instruct at the North Delta Regional Training Academy in Interview and
Interrogation, Use of Force, Courtroom Testimony, Informants and other Police Issues.

**January 1994 to 2016**
**Instructor**
DELTA COMMUNITY COLLEGE DELTA POLICE ACADEMY, Post Certification Training;
I instruct in interview and interrogation, court room testimony, use of force, police liability issues,
search and seizures, and other police training issues.

**October 1996 to November 2003**
**Contract Investigator**
M&M SECURITY SERVICES, INC.
7337 Hanover Parkway, Greenbelt, Maryland 20770
Duties consist of pre-employment background investigations for U.S. Customs Service.
Backgrounds are conducted on education, employment, neighborhood and police records. I hold
a clearance at MSM for both U.S. Customs and Department of Defense.

**January 2000 to November 2004**
**Contract Investigator**
DYNCORP
11710 Plaza America Drive, Reston, Virginia 20190
Duties consist of pre-induction background investigations and security update clearance for the
Defense Investigative Service, U.S. Department of Defense. Backgrounds are conducted on
credit, neighborhood, education, employment, and police records.

**January, 2000 to January 2004**
**Instructor (Part-time)**
LOUISIANA COMMUNITY POLICING INSTITUTE
Louisiana State University – Shreveport One University Place, Shreveport, Louisiana 71115
As an instructor for the Louisiana Community Policing Institute, duties consist of preparing
seminar material and presenting seminars on Preventing School Violence, Conflict Resolution
Skills, Stress Management, Leadership and Supervision Skills, and Ethics and Integrity.

**January, 1998 to March 2003**
**Safe School Consultant/Contract**
LOUISIANA STATE DEPARTMENT OF EDUCATION
Region 8, Monroe, Louisiana
Duties consist of consulting and lecturing to public school employees on school violence issues
in a sixteen parish area in Northeast Louisiana. Wrote School Crisis Response Plans and trained
School Resource Officers.

**January, 1998 to Present**
**Police Policy and Procedure Consultant**
3896 Hwy. 33, Ruston, Louisiana 71270
As a consultant, I advise law enforcement departments and trial lawyers on issues such as use of
force, police pursuits, firearms, and other police issues usually addressing liability issues.

**September, 1990 to January, 1994**
**Assistant Professor**
SOUTHEASTERN LOUISIANA UNIVERSITY
P.O. Box 902, Hammond, Louisiana 70401-0902
(504) 549-2110
As an instructor in the Department of Social Work, Sociology, and Criminal Justice, duties
consisted of teaching Introductory Criminal Justice, Criminal Justice Administration, Business
and Industrial Security, Criminal Investigation, Drug Traffic and Organized Crime, Comparative
Criminal Justice, Criminal Law and Criminal Justice Independent Study. Served as advisor to
approximately 125 Criminal Justice majors at the freshman through senior level, as well as
Junior Division advisor. Served as sponsor for the Criminal Justice Fraternity, and taught a 15-
hour load.

**May, 1987 to January, 1993**
**President**
MERIT UNLIMITED (Investigative and Loss Prevention)
703 Chic a Dee Court, Slidell, Louisiana 70461
(504) 641-3009 or 361-7932
Merit Unlimited was a security advisory company and an investigative service for personal
injury attorneys. Duties consisted of investigating accident scenes, interviewing witnesses,
making evaluations and recommendations to law firms, providing services to clients of law
firms, and providing services to clients during litigations. Work mainly involved oil field
accidents and maritime law litigation.

**June, 1972 to January, 1990**
**Special Agent (Retired)**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
U.S. Treasury #2 Canal Place, Suite 1930 W, New Orleans, Louisiana 70130
Duties consisted of enforcing federal firearms laws, explosive regulations, and other federal regulations; served on the Organized Crime and Arson Squad and was responsible for the Career Criminal Project, which consisted of identifying and concentrating efforts to apprehend persons involved in crime as a way of life; public speaking and training police officers; and assisted the Secret Service in protection of presidential candidates and dignitaries. Was involved in extensive undercover work for ATF during 17 year career. Served as an Instructor at the Federal Law Enforcement Training Center in Glynco, Georgia.

**July, 1969 to June, 1972**
**Special Agent**
BUREAU OF NARCOTICS AND DANGEROUS DRUGS
U.S. Justice Department, Dallas, Texas
As a Special Agent, conducted investigations on suspected drug violators, obtained evidence on which to secure and serve warrants, established surveillance, developed evidence and informants, participated in raids, and other law enforcement duties. In addition, prepared case reports, testified in court, and prepared audits on controlled drug dealers. Was in charge of Special Agent training for the Texas-Oklahoma Region, and arranged and participated in 34 three-day seminars for local and state drug enforcement officers.

**February, 1968 to July, 1969**
**Educational-Vocational Counselor**
FEDERAL BUREAU OF PRISONS
U.S. Justice Department, Tallahassee, Florida
Duties consisted of acting as advisor for 120 men in a correctional institution. Prepared analyses; sat on a classification team; instructed for four hours each day in a classroom setting, and assisted the correctional officers in time of riot and disorder within the prison. Received Correctional Officer Training due to this responsibility.

**February, 1967 to February 1968**
**Pre-vocational Teacher**
LOUISIANA DEPARTMENT OF HOSPITALS
Ruston State School, Ruston, Louisiana
Duties consisted of working with socially and mentally challenged boys ranging from 7 to 17 years of age; evaluated each child, and made recommendations as to his vocational aptitude, and to what area of training he was best suited to participate.

# Courses Taught and Developed

- Policing
- Use of Force
- Safe Schools
- Substance Abuse
- Police Society
- Drug Identification
- Search and Seizure
- Development of Informants
- Undercover Investigation
- Criminal Investigation
- Organized Crime
- Business and Industrial Security
- Criminal Law
- Introduction to Criminal Justice
- Interview and Interrogation
- Police Report Writing
- Jail Extraction
- Corrections
- Comparative Criminal Justice
- Drug Investigation
- Firearms Enforcement
- Crisis Prevention in Schools
- School Violence Prevention
- Conflict Resolution Skills
- Stress Management
- Ethics and Integrity
- Refuse to Be A Victim
- Arson Investigation
- NRA Pistol Course and Personal Protection
- Death Scene Investigation
- Terrorist: Domestic/International
- Healthcare Security Training
- Conceal Carry Training
- Law Enforcement Issues

# Related Professional Training

- Homeland Security: Police Response to Terrorists, November, 2002
- Understanding Islamist Terrorism Seminar, March, 2003
- Crisis Prevention Institute Training, Jackson, Mississippi, April 1999
- Refuse to be a Victim Instructor School, Fort Walton Beach, Florida, 1998
- Certified Instructor of National Rifle Association in Pistol and Personal Protection Training, 1996

- Attended the National Meeting of the Academy of Criminal Justice in Chicago, Illinois, 1994.
- Attended the National Meeting of the Academy of Criminal Justice in Albuquerque, New Mexico, 1998
- National Training Academy, Washington, DC Federal Narcotics Agent Training, 1969
- Treasury Law Enforcement Academy, Washington, DC Special Agent Training, 1973
- Tallahassee Police Academy, Tallahassee, Florida, 1968
- IRS Instructor School, Dallas, Texas 1972
- Firearm and Bomb School, San Antonio, Texas, 1973
- Advanced Bomb School, Glynco, Georgia, 1983
- Secret Service Protection Training, Atlanta, Georgia, 1984
- Interview and Interrogation Seminar, New Orleans, Louisiana, 1983
- Arson for Profit School, Glynco, Georgia, 1985
- Undercover Investigation School, Federal Law Enforcement Center, Glynco, Georgia, 1986
- Street Survival Seminar, New Orleans, Louisiana, 1987
- Homicide Investigation, Jefferson Parish Coroner's Office, Kenner, Louisiana, December, 1992
- Gang Prevention Training, New Orleans, Louisiana, January, 1993
- National School Safety Leadership Training, National School Safety Center, Fort Worth, Texas, May, 1999
- National Institute of Justice, Death Scene Investigation, University of Baltimore, Maryland, 2001
- National Rifle Association Training Counselor Seminar
- Berryville, Arkansas, January 2007
- International Association for Healthcare Security Training, June 2007
- Instructor Certification Training -Specialty Impact Munitions -Oleoresin Capsicum Aerosol Projectors -Chemical Munitions -Distraction Devices Defense Technology, Irving, Texas Oct 20-23, 2008
- Taser Instruction Training, Taser X26 and Advanced Taser M26, Taser International, Scottsdale, Arizona, December 2008
- DWI Detection and Field Sobriety Training, Grambling State University, December 2009
- PPCT Defensive Tactics Instructor, Dec 12-16, 2011, Texas A&M, Bryan, Texas
- Louisiana Association for Justice Seminar, May 17, 2013 New Orleans, LA Seminar on Taser and K-9 in Police Issues
- Taser Training, LA State Police, Bossier City, 2013
- Force Science Certification, February 2014
- Excited Delirium and Agitated Chaotic Events Instructor Training, 2015
- Recognizing, Responding, Preventing and Investigating Arrest – Relaxed In-Custody Deaths, Birmingham, Alabama, Jan, 2015
- Prison Rape Elimination Act Auditor Training, San Diego California, May 2015
- FLETC Emergency Driving Course, 40 Hours, January 2016
- National Institute of Corrections, Investigating Sexual Abuse in a Correctional Setting, January 27, 2018

- Officer Involved Shooting: Essential Investigation Techniques, National Business Institute, March 2, 2018
- PREA Training; Criminal and Administrative Investigations Feb 2020
- PREA Training; Justice Detention Center Feb 2020
- PREA Training; Supervision and Monitoring Feb 2020
- PREA Training; Inmate Education Feb 2020
- PREA Training; Voyeurism-An Invasion of Privacy of an Inmate by Staff

## Awards

- Elected to Who's Who Among America's Teachers, 1994 at Southeastern Louisiana University
- Elected to Tau Kappa International Social Science Honor Society, Florida State University, 1969
- Certificates of Achievement, U.S. Treasury (four times)
- Commendation for Undercover Work by the Prime Minister of the Commonwealth of Dominica, Eugene Charles, 1985
- Recommendation for quality step increases for investigation (three times) Certificate of Appreciation, U.S. Treasury Department
- Certificate of Appreciation, Department of Justice
- Certificate of Merit, Drug Enforcement Administration for undercover drug investigation
- Monetary award for Special Agent training, Department of Justice, Dallas, Texas, 1973
- Selected Outstanding Instructor by scholastic honor society in the College of Arts and Science at University of Louisiana, 1996
- Many letters of recommendation for criminal investigation, undercover work, and law enforcement schools.
- Elected to Who's Who Among Americas Teachers 2007 at the University of Louisiana at Monroe
- Received Faculty Recognition Award for Teaching and Mentoring ULM Scholar Athletes 2007

## Organizations

- American College of Forensic Examiners
- American Society for Law Enforcement Training
- Louisiana Peace Officers Association
- International Narcotics Association
- Federal Investigators Association
- National Association of Security Managers
- Texas Cattleman's Association (Honorary Special Texas Ranger)
- National Rifle Association
- Lions Club International
- Louisiana Teachers Association
- Louisiana Tech University Alumni Association
- Gideon's

- Veterans of Foreign Wars
- International Law Enforcement Educators and Trainers Association (ILEETA)
- The Heritage Foundation
- Law Enforcement Legal Defense Fund

# Case History

➢ Attorney John McKay, Baton Rouge, La,
Re: Jo Neal Frances vs. Wayne Melancon,
Lack of Medical Care at Lockup
Report, Settled

➢ Attorney Wanda Davis, August 2010,
Re: Adrian Clauder vs. Wayne L. Jones, Sheriff, St. John the Baptist,
Excessive Force during Arrest
Consultation and Report, Settled

➢ Attorney Carlos Moore,
Re: Shawn Johnson vs. Hines County Sheriff's Department
Consultation July 2010

➢ Attorney Brent Corell, June 2010,
Re: Veronica and Manuel vs. Logan Simon, City of Ville Platte,
Failure to follow Police Procedure, Auto Wreck Death
Report

➢ Attorney Anthony Marinaro,
Re: Anthony Brown vs. Jack Strain, Jr.,
Death in Custody
Report June 2010, Deposition, Settled

➢ Attorney Marcus Bryant,
Re: Pierre Batiste vs. Sheriff St. Martin Parish,
Taser, Excessive Force
Consultation and Report, July 2010

➢ Attorney Joseph Long,
Re: Fontentos vs. Sheriff Livingston Parish, July 2010,
Excessive Force, Four Wheeler
Consultation and Report, Settled

➢ Attorney Michael Barras, New Iberia, La.
Price vs. Acadia Parish Sheriff's Office, 15th Judicial Court
Use of Force – Parade Route
Consultation and Report

➢ Attorney Payton Murphy, Baton Rouge, La.
Plain vs. Patin et al, 19th Judicial Court
State Police Hit Vehicle in Rear
Consultation and Report, Settled

➢ Attorney Deborah Villio, Metairie, La.,
Goutierrez vs. Kenner P.D., Pursuit Accident
Consultation and Report

➢ Attorney Todd Clemons, Lake Charles, La.
Police Shooting of Warren Lawrence
Consultation, December 2010

➢ Attorney Wendel Fusilier, Ville Plate, La.
Ryder vs. Acadian Parish Sheriff's Office
Escape from Jail, Accident with Injury
Consultation, Report, Settled, November 2010

➢ Attorney Carlos Moore, Grenada, Ms.
Bonney vs. Leflore County
Excessive Force, January 2011
Consultation and Report

➢ Attorney Carlos Moore, Grenada, Ms.
Re: Burton vs. City of Jackson,
Consultation, Report, Shooting of Moore, Violation of Procedure, Report, Deposition, Trial

➢ Attorney Michael Barras,
Re: Gueydan P.D. vs. Hughes
Invalid Search & Seizure, Report

➢ Haik, Minville & Grubbs,
Re: Sally Smith vs. Lafayette Parish
Report, Excessive Force – Broken Arm, Consultation and Report, Settled

➢ James Clary & Assoc.,
Carlos Harris vs. Baton Rouge P.D.
Shooting in Car at Club, Excessive Force, Report

➢ Rabalais & Herbert, Attorney Joan Wallace,
Re: Eisler vs. Lafayette P.D.
Accident on I-10, Debris in Roadway, Report, Settled

➢ Attorney Carlos Moore,
Re: Hayes vs. LeFlore County
Excessive Force, Initial Report

➢ Harrington Law Firm,
Re: Sherman vs. Alexandria P.D.
Excessive Force – Dog Bite, Dismissed

➢ Attorney Claiborne,
Re: Jurnell Smith vs. Bobby Guidroz
Excessive Force, Report and Deposition 2011, Trial

➢ Attorney J. Long,
Re: Stranjac vs. Bernard and Town of Walker
Excessive Force K-9, Report and Deposition, Settled

➢ Attorney Scott Wilson,
Re: Dr. Cefalu vs. Sheriff Edwards
Excessive Force, Consultation and Report, Trial, August 2012

➢ Attorney Frank Silvestri,
Re: Jeffry Ders: Swat Negotiators
Consultation, October 2012

➢ Attorney Rudie Soileau,
Re: Cleve Ritchie
Consultation, Excessive Force, Report, Trial, December 2012

➢ Attorney Charles Thomas,
Re: Michael Dunbar Casino
Excessive Force, Settled, November 2012

➢ Attorney Michael Glass,
Re: Louie Marshal vs. City of Baton Rouge
Consultation, Traffic Stop/Accident
Consultation and Report, April 2012

➢ Attorney Donna Grodner,
Re: K-9 Cases
Consultation

➢ Attorney Marcus Plaisance,
Re: Amanda McNeil
K-9 Attack, Consultation and Report, Settled, July 2012

➢ Attorney Gary Boutwell,
Re: Haley Young vs. State of Louisiana
Consultation and Report, November 2012

➢ Attorney Jarvis Claiborne,
Re: Shelvin vs. Lafayette Parish Sheriff Office
Jail Suicide, Consultation, July 2013

➢ Attorney Gerald Weeks,
Re: Byrd vs. City of Bossier
K-9 Case, Consultation and Report, July 2013, Dismissed

➢ Smith Shanklin Sosa, LLC,
Re: Carolina vs. LSU Police
Excessive Force, Consultation, April 2013, Report and Disposition.

➢ Attorney Tangela Hollis,
Re: Williams vs. City of Aberdeen, MS
Excessive Force, Consultation, Report, July 2013

➢ Attorney Wilson,
Re: Laflour vs. Houston P.D.
False Arrest, Deposition, 2013, Dismissed

➢ Attorney Carlos Moore,
Re: Washington vs. Oktibbeho County
Excessive Force, Taser, Settled, Report, 2013

➢ Attorney Hollis,
Re: Hines vs. City of Clarksville
Report, 2013

➢ Attorney Wilson,
Re: Arriage vs. McTague
K-9, 2013

➢ Attorney Davenport,
Re: Patrick Smith
Armed Robbery, Plea, Settled, 2013

➢ Attorney Tregg Wilson, Baton Rouge,
Hernandez vs. Theriot
Chief of Police Criminal Conduct Consultation, March 2014

➢ Attorney Mumford, Jackson, MS,
Joseph Adams
Murder Charge, Consultation

➢ Attorney Rick Putman, Abbeville, LA,
Charles Harrington
Murder Charge, Consultation

➢ Attorney Edwin Dunahoe, Natchitoches, LA,
Boyt vs. City of Natchitoches
Excessive Force, Consultation, Settled

➢ Attorney Hughey, TX,
Re: Marcus Slade
Taser Death, Consultation, Report, Deposition

➢ Attorney Register, Lafayette, LA,
Re: Randell vs. Opelousas
Police Officer Excessive Force, August 2014

➢ Attorney Rick Gallot, Ruston, LA,
Re: Bastrop Police Department
Taser Case, August 2014

➢ Attorney Phil Boudousque, New Orleans, LA,
Re: Trege vs. Greg Champagne, St. Charles Sheriff
Reckless Operation of Police Vehicle, February 2014

➢ Attorney Willie Johnson, Baton Rouge, LA,
Re: Janlee Beard vs. Tangipahoa Sheriff's Office
Excessive Force, April 2014

➢ Attorney Willie Johnson, Baton Rouge, LA,
Re: Lee vs. Leroy Wells
Bicycle Death, Consultation, November 2013

➢ Attorney Carol Lexing,
Re: Smith vs. Rapides Parish Sheriff's Office
Excessive Force and False Arrest, Consultation, August 2014

➢ Attorney Carol Lexing,
Re: Victor White
Consultation, August 2014

➢ Attorney Cloyd Benjamin, Natchitoches, LA,
Re: Patterway vs. Shreveport Police Department
Violation of Policy, January 2014, Report

➢ Attorney Tod Tefteller,
Re: Bobby Madewell, Consultation and Report
Taser Death Case, 2014, Settled

➢ Attorney Donna Grodner,
Re: Edwards vs. Sheriff Cazes,
Taser Death Case, Report, 2014

➢ Attorney Pennington and Martinez,
Re: Kent vs. Town of Clinton,
Consultation, Report and Deposition, No PC for an investigation, September 2014, Settled

➢ Attorney Treg Wilson,
Re: LaBaux vs. St. John Sheriff's Office,
Taser Death, Consultation, 2014

➢ Attorney Vergis,
Re: Barber vs. City of Shreveport,
Excessive Force, Consultation, December 2014

➢ Attorney Miller,
Re: Barton vs. Tutwiler, Miss. consultation report;
Excessive Force – Taser, September 2014

➢ Attorney John Smith
Porter Investigation, Murder, October 2015

➢ Attorney Melvin Miller
Travis F. Griggs vs. Leflore County, Miss.
Excessive Force at Club, Consultation, Report

➢ Attorney Thomas Davenport
Ahearn vs. City of Alexandria
Search Warrant and Property Issues, Consultation

➢ Attorney Ed Jones
LSU vs. Kin Fulton
Excessive Force – Employment Issues, Report, Hearing

➢ Attorney James Bolin
Weaver vs. Shreveport P.D.
Consultation, Report, Settled

➢ Attorney Fusilier
Fowler vs. City of Natchitoches
Excessive Force, Report

➢ Attorney Larry Keilberg
Grisham vs. Temple, Texas
Excessive Force and False Arrest, Report

➢ Attorney Betty Marak
Police Defender; US Government vs. Willie Fred Knowles , Western U.S. Dist Court, La
Civil Rights Charge, Report, Plea

➢ Attorney Chris Sices
LSU, Excessive Force, 2013

➢ Attorney Debra Villio
Watero vs. Kenner P.D.

➢ Attorney Chris Ieyoub
Carpenter vs. City of Sulphur
Dog Shot, Report, Settled

➢ Attorney Donna Grodner
Savoy vs. Angola, Middle Dist., U.S. Dist. Court, La.
Excessive Force, September 2015

➢ Attorney Vercell Fiffie
Randle vs. St. John
Excessive Force, Dismissed

➢ Attorney Carlos Moore, 2016
Adrian Jackson vs. Shooting at Club, St. Court, Mississippi
Excessive Force, Consultation

➢ Attorney Chris Washington, 2016
Corey Cheek Shot
Rapides Parish, Consultation

➢ Attorney Alex Washington, 2016
Grant vs. Natchitoches P.D., Western Dist, U.S. Dist Court, La.
Excessive Force, Report

➢ Attorney Thomas Hoval, 2016
Walken vs. Caddo Parish
Excessive Force, Report

➢ Attorney Bradley Lewis, 2016
McMahon vs. Richland Parish, St. District Court La.
Sexual Assault and Police Procedure Violation
Report and Deposition, Settled

➢ Attorney Greg Malta, 2016
Dunn vs. Louderdale County
Excessive Force, Shooting

➢ Attorney Debra Villio, 2016
Jarreau vs. City of Kenner
Policy & Procedure, NCIC

➢ Attorney Donna Grodner, 2016
Brian Porter vs. Det. Hear, Beard & Off. Barbin
Policy & Procedure Violation

➢ Attorney Greg Malta, 2016
Ryan vs. Hard Rock Casino
Report, Dismissed

➢ Attorney Nancy Cronin, 2017
Griseto vs. Roswell Correctional Center, State Dist Court, New Mexico
Correctional Policy and Procedures
Report

➢ Public Defense Valerie Jusselin, July 2017
USA vs. Jarvis Hardy, Eastern Dist, U.S. Dist Court, New Orleans
Drug Search Warrant
Consultation

➢ Attorney Larry Marcus, 2017
Karl Rougemont vs. New Mexico Law Enforcement Academy
Law Enforcement Training Issues, New Mexico St. Court
Report and Deposition, Settled

➢ Attorney Jill Craft, 2017
Bajoie vs. City of Baton Rouge, 19th Dist. Court, Baton Rouge La.
Excessive Force, Taser

➢ Attorney Katie Beaird, 2017
Sibley vs. Paulk
Excessive Force, Jail
Report, Settled

➢ Attorney Donald Hathaway
Muslow vs. City of Shreveport
Excessive Force, U.S. Dist Court, Western Dist.La.
Report

➢ Attorney William Helm, Attorney Stephen Butterfield, 2017
Marchand vs. St. Helena Sheriff's Office
Policy and Procedures, Training Violations
Report

➢ Attorney Allen Pesnell
Konard vs. T.A. Kolb
Excessive Force
Report, Settled

➢ Attorney Lucretia Pecantte, 2017
Michael Noel vs. St. Martin Sheriff's Office
Excessive Force
Report, Case Never Failed in Court

➢ Attorney David Benoit, 2017
Marilyn Calais vs. Iberia Parish Sheriff's Office
Training Issue

➢ Attorney Cloy Benjamine, 2017
John Kite vs. Rapides Parish Sheriff's Office, 9th Judicial Dist. Court, La.
Policy and Procedures, Failure to Supervise
Report

➢ Attorney Brad Lewis, 2017
Patricia Bailey vs. City of Bogalousa
Policy and Procedures
Report

➢ Attorney Donna Grodner, 2017
O'Neal Gilbert vs. Maj Shannon Lessard
Excessive Force, Correctional Center
Report

➢ Attorney Greg Malta, 2017
Bobby Smith vs. Lincoln County Mississippi
Policy and Procedures, Report, Settled

➢ Attorney Greg Malta, 2017
Cortez Martin vs. Town of Tutwilder
Excessive Force
Report, Settled

**2018 Case Load**

➢ Attorney Donna Grodner
Jonathan Jacobs, Middle Dist, U.S. Dist Court
Excessive Force
Report 2018

➢ Attorney Donna Grodner
Timothy Gray Vs Maj. White
Excessive Force U.S. Dist Court, Middle Dist, La.
Report 2018

➢ Attorney Donna Grodner
Blane Landry
Excessive Force, U.S. Dist Court, Middle Dist, La
Report 2018

➢ Attorney Donna Grodner
Sidney Arnold vs Dep Williams
Excessive Force, U.S. Dist Court, Middle Dist, La
Report 2018

➢ Attorney Donna Grodner
David Essex vs Lt. Col Rheams
Excessive Force, U.S. Dist Court, Middle Dist, La
Report 2018

➢ Attorney Yigai Bander
Pol Off Jared Neyland
Police Escort
Report 2018

➢ Attorney Yigai Bander
Pro Kosh Rayamaijhi vs St. Pol
Sr. Police Investigation
Report 2018, Settled

➢ Attorney Kevin Stockstill
Pol Off Cody Dodge
Criminal Case , U.S. Dist Court, Western La.
Report 2018, Trial

➢ Attorney Brent Coon
Houston, TX
Robin Custer
Criminal Trespass
Report 2018

➢ Attorney John Thomas
Beaumont, TX
Bandito Shoot Out
Report 2018

➢ Attorney Rusty Messer
Lisa Causer vs Livingston Par. S.O.
Excessive Force , U.S. Dist. Court, Middle La.
Report 2018

➢ Attorney Nelson Cameron
William Carter vs City of Shreveport
Failure to Treat Medically, U.S. Dist Court, Western Dist, La.
Report 2018

➢ Attorney John McKay
Rickey Riley
Casino Security
Report 2018

➢ Attorney George Recile
Patria Gonzales vs St. Pol. Orleans Dist. La.
Excessive Force, Deposition
Report 2018
➢ Attorney Greg Chiartano
Tucker, Excessive Force
Report 2018

➢ Attorney Jeff Bassett
Ashley Lasseigne
Auto Crash Scene
Report 2018, Settled

➢ Attorney Chris Alexander
Spears Stevenson vs Sheriff Gautreaux, U.S. Middle Dist. La.
Excessive Force
Report 2018

➢ Attorney James Carter
Shawn Brown vs City of Atlantic City
Excessive Force, U.S. Dist. Court, Dist. of New Jersey
Report 2018

➢ Attorney Greg Malta
Andre Wilson
Excessive Force
Report 2018

➢ Attorney Greg Malta
Green vs. Old South Pawn, Adams County, St.of Miss.
Report 2018

➢ Attorney Matt Walton
Poirier vs. Ryan Motors
Pursuit, State Court Miss.
Report 2018

➢ Attorney Edward Moses
Michael Williams
Search Warrant
Report 2018

➢ Attorney Gina Palermo
David Regier vs Rouse's Civil Dist Court, Orleans, La
Security Guard
Report 2018

➢ Attorney Jay Luneau
Billy Graham
Excessive Force Casino
Report 2018

➢ Attorney Clay Burgess
New Iberia Deputy
Excessive Force
Report 2018

➢ Attorney Donna Grodner
Anthony Fontenot
Corporal Punishment
Report 2018

➢ Attorney Gregory Carter
St of Louisiana vs James Nero, New Orleans, Dist Court
Murder Trial, Report, Trial

➢ Attorney Stewart Parrish
McKail Thomas vs Laurel PD
Excessive Force, Report

➢ Attorney Jeff Easley
Thigpin vs Grant Parish, 35th Judicial Dist Court, Grant Parish, La
Failure to Protect, Report

➢ Attorney Josh Maness
Collins vs Charles Dotson, Rep, U.S. East Dist Texas
Excess Force, 2019

➢ Attorney Donna Grodner
Santos vs Major White, U.S. Middle Dist La
Excessive Force, Report 2019

➢ Attorney Donna Grodner
Jones vs Major Lollis, Cap Jones, U.S. Middle Dist La
Excessive Force, Report 2019

➢ Attorney Donna Grodner
Savoy vs Stroughter, U.S. Middle Dist La
Excessive Force, Report 2019

➢ Attorney Donna Grodner
Wilson vs Warden Deville
Excessive Force, Report 2019, U.S. Western Dist, La.

➢ Attorney Greg Maita
State of Miss. vs Amanda Hall
Consultation, Criminal Case, Pike County, Miss.

➢ Attorney Villio
Garcia vs Kenner PD
Trial Jefferson Parish, Div P, Judge Faulkner

➢ Attorney Lexing
John Jackson vs Town of Bernice, State Dist. Court, Monroe, La.
Excessive Force, Report, Settled

# Fee Schedule

**Retainer:**

$4,750.00 (*$1,750 Up-Front*) Review and evaluate information, prepare reports, travel, consult with attorneys and other participation or activity requested or required up to court.

**Hourly Rate:**

$150.00 per hour -- Trial

**Deposition:**

$1,500.00

**Attending Court / Testifying:**

$150.00 per hour

**Mileage:**

50 cents per mile

**Expenses:**

Billed at cost (Hotel, Parking, etc.)