# LAUREL POLICE DEPARTMENT

## Offense / Incident Report

**GENERAL OFFENSE INFORMATION**     **Report Type:** Cumulative Report

| | | | |
|---|---|---|---|
| Agency | LAUREL POLICE DEPT | Location | 1604 W 10TH STREET LAUREL MISSISSIPPI 39440 |
| Case # | 2019012590 (3) | | |
| File # | | | |
| Description | SUPPLEMENT RESISTING ARREST, POSS OF MARIJUANA, SHOTS FIRED | | |
| Incident Status | ACTIVE | From Date/Time | 05/31/2019 00:48 |
| | | To Date/Time | |
| | | Report Date | 05/31/2019 00:48 |
| Reporting Officer | PRUNERA, SKYLER | Initial Rep. Date | 05/31/2019 00:48 |

### OFFENSE(S)

| | |
|---|---|
| Offense | RESISTING OR OBSTRUCTING ARREST |
| Statute | 97-9-73 |
| Offense Status | COMPLETED |
| Location | HIGHWAY/ROAD/ALLEY |
| Computer | N     Alcohol N     Drug N |
| Weapons | |
| Criminal Activity | |
| Bias Type | NONE (NO BIAS)     Bias Motivation |

| | |
|---|---|
| Offense | CONTROLLED SUBSTANCE; POSSESSION OF MARIJUANA IN VEHICLE (1-30 GRAMS) (MISD) |
| Statute | 41-29-139(c)(2)(B) |
| Offense Status | COMPLETED |
| Location | HIGHWAY/ROAD/ALLEY |
| Computer | N     Alcohol N     Drug N |
| Weapons | |
| Criminal Activity | |
| Bias Type | NONE (NO BIAS)     Bias Motivation |

### COMPLAINANT

| | | | |
|---|---|---|---|
| Name | FREEMAN, JOSH | | |
| Address | 317 S MAGNOLIA STREET LAUREL MS 39440 | | Phone 601-425-4711 |
| Race | W | Ethnic N | Sex M | DOB |
| Height | | Weight | Hair | Eyes |
| S.S.N. | | DL & St. | JRN# | |

**EX. "B"**

Case No: 2019012590 (3)

## VICTIM(S)

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Name | CITY OF LAUREL, | | | | | | |
| Address | 317 S MAGNOLIA STREET LAUREL, MS 39440 | | | | | Phone | 601-425-4711 |
| Race | | Ethnic | | Sex | | DOB | |
| Height | | Weight | | Hair | | Eyes | |
| S.S.N. | _-_-_ | DL.& St. | | JRN# | | | |
| Type of Victim | SOCIETY/PUBLIC | Victim Of | NONE | Injury Type | | | |

Homicide/Assault Circumstance

## SUBJECT(S)

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Name | THOMAS, MEKAIL AMOS | | | | | | |
| Address | 248 WALTERS ROAD ELLISVILLE, MS 39437 | | | | | Phone | - - |
| Race | | Ethnic | | Sex | | DOB | |
| Height | | Weight | | Hair | | Eyes | |
| S.S.N. | ***-**-**** | DL & St. | ******** | JRN# | | | |
| Sub. Type | SUSPECT | Arrest ID | | Citation # | | | |
| Notes | | | | | | | |

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Name | SMITH, EREAON | | | | | | |
| Address | 1210 N 4TH AVENUE LAUREL, MS 39440 | | | | | Phone | 601-381-6158 |
| Race | B | Ethnic | N | Sex | M | DOB | 6/5/2000 (18) |
| Height | 5'05" | Weight | 130 | Hair | BLK | Eyes | BRO |
| S.S.N. | ***-**-**** | DL & St. | | JRN# | | | |
| Sub. Type | ARRESTEE | Arrest ID | | Citation # | | | |
| Notes | PASSENGER | | | | | | |

## RELATIONSHIP(S)

| Person A | | Relationship | | Person B | |
|---|---|---|---|---|---|
| Person A | CITY OF LAUREL | Relationship | NONE | Person B | EREAON SMITH |
| Person A | CITY OF LAUREL | Relationship | NONE | Person B | MEKAIL AMOS THOMAS |

## VEHICLE(S)

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Details | 1995 LINCOLN TOWNCAR 4-DOOR AUTOMOBILE | | | | |
| VIN | 1LNLM81W4SY619901 | | | Colors | GRAY |
| Plate No | JNB6726 | State | MS | Year | 0 |
| Impound | | | | Type | |

Entered By  Bryant, SUSAN

Officer  PRUNERA, SKYLER

Supervisor

## Incident # 2019012590

FREEMAN, JOSH

On 05-31-2019 at approximate 0051 hours, Officer Freeman along with other officers initiated a safety checkpoint at 16th Avenue / 10th Street. At approximately 0048 hours, Officer Freeman made contact with vehicle that was identified as a 1995 Lincoln Towncar with a tag of JNB6726 and a VIN of 1LNLM81W4SY619901. The driver was identified as Mekail Amos Thomas, SSN: 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, DOB: 08-05-1990, ADD: 248 Walters Rd, Ellisville, MS 39437, DL: 800675835. The passenger was later identified as Ereaon Smith, SSN: 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, DOB: 06-05-2000, ADD: 1210 N. 4th Avenue, Laurel, Ms 39440. Officer Freeman could notice that both the driver and the passenger seemed very nervous and fidgety. Officer Freeman could also observe the driver speaking very quickly and could observe his hands shaking. Mekail got his drivers license from a bag in the back seat and offered it to Officer Freeman. Officer Freeman could observe a pill bottle in the bag that Mekail had his license in. Mekail stated the medication was his. Officer Freeman instructed Mekail to pull off onto the shoulder of the road. Mekail pulled through the intersection and into the business of 1604 W. 10th Street to the Title Cash business parking lot about 50 feet away from Officer Freeman. Officer Freeman asked both the driver and the passenger numerous times if they smoked anything other than tobacco. Mekail refused to answer Officer Freeman verbally and instead shrugged his shoulders.

Officer Freeman instructed Mekail to step out of the vehicle and to place his hands onto the vehicle upon exiting it so Officer Freeman could pat him down for weapons for officer safety. Officer Freeman did have to instruct MeKail numerous times to keep his hands on the car with loud and clear audible commands. meKail did give Officer Freeman permission to enter the vehicle. MeKail stated numerous times that there was nothing illegal in the vehicle. As Officer Freeman was grabbing the bag with MeKail's permission, Officer Freeman could observe what appeared to be a half smoked marijuana cigar in the ash tray near some Cigarillo wrappers. At this point, Officer Freeman attempted to place MeKail into handcuffs for further investigation. When Officer Freeman grabbed MeKail's wrists, MeKail actively pushed Officer Freeman back and turned around to face Officer Freeman. As Officer Freeman was trying to grab MeKail's wrists, he began actively resisting and struggling against officers attempt to handcuff him. MeKail was instructed numerous times to place his hands behind his back with loud audible commands. MeKail refused to do so and was actively resisting police officers which led to officers and MeKail struggling on the ground. MeKail was instructed numerous times to place his hands behind his back. Officer Freeman could observe MeKail digging his hands into his waist band near MeKail's groin area.

Sgt. Sumrall deployed his taser in order to safely handcuff Mekail, but MeKail resisted the effects of the taser and began resisting further. A second taser was deployed, but did not render effect enough to handcuff MeKail. Mekail got up from the ground and pushed officers away. MeKail began to create a distance between officers while continuing to dig both hands into his waistband. MeKail sharply turned back toward officers as MeKail took steps away from officers. MeKail's hands were in his waistband when MeKail made the abrupt turn toward officers. MeKail was shot by an officer in a response to MeKail's movements for officer safety. Officer Freeman did believe MeKail was reaching from some kind of weapon or object in his waistband. The bullet appeared to have entered MeKail's back near his spine and above his buttocks. MeKail dropped to the ground afterward. Officer Freeman could observe a small bag with a crushed up powdery substance that resembled a crushed pill underneath Mekail. Officer began to immediately initiate emergency care and began trying to stop the bleeding using sterile gauze and direct pressure. Officers called an ambulance immediately upon securing MeKail and Em Serv arrived on scene to render medical care. Officer Freeman did remove the taser prongs that were in the center mass of MeKail's back near the shoulder blades. Officer Freeman rode with Em Serv as MeKail was transported to South Central Regional Center Emergency Room. End of report/ B 267 Freeman/sb

## Incident # 2019012590 (1)

HANCOCK, BRYAN

On 05-31-2019 at approximately 0048 hours Officer Hancock along with Officer Blancett, Officer Freeman, Officer Prunera were conducting safety checkpoint on 16th Avenue/10th Street. Officer Hancock noticed Officer Freeman and Officer Prunera with a vehicle, gray 1995 Lincoln Town Car, tag # JNB6726 pulled over on 10th Street/16th Avenue containing two subjects. Officer Hancock approached the vehicle as a backing officer. Both subjects were asked to step out of the vehicle in which they did so. Officer Hancock was on the right side of the vehicle with the passenger MeKail Smith when he noticed the driver Ereon Thomas fighting officers on the left side of the vehicle. Officer Hancock ran to help officers noticing the passenger MeKail was unsecured. Officer Hancock ran back to the passenger and detained him with handcuffs. Officer Hancock heard officers giving the driver several commands to stop reaching in his waist band. Officer Hancock ran back to render help noticing the driver still fighting with officers and tryin to reach into his waist band. Driver was tased with a XP26 CEW which was ineffective. The driver was able to break free from officers continuing to reach into his waist band which made Officer Hancock believe Thomas was reaching for a weapon. Officer Hancock was reaching for his Glock 21 when he heard one shot fired. Officer Hancock noticed that the driver had been shot. Officer Hancock pulled his cew and held cover until the subject was cuffed. Officer Hancock ran for medical supplies and helped Officer Freeman render aid. Em Serv was advised and did arrive on scene and transported Thomas to South Central Regional Medical Center. End of report/ B 264 Hancock/sb

# Incident # 2019012590 (2)

BLANCETT, HEATH

On 05-31-2019 at approximately 0048 hours Cpl. Blancett along with Sgt. Sumrall, Cpl. Freeman, Cpl. Hancock and Officer Prunera were conducting a drivers license checkpoint at the intersection of N 16th Avenue/10th Street. Cpl Blancett observed Cpl. Freeman making contact with a gray Lincoln Town Car, tag # JNB6726 driven by a black male. Cpl. Freeman advised the driver to pull to the shoulder of the road, at which time the driver pulled onto W. 10th Street in the parking lot of The Title Cash. Cpl. Blancett was standing at the intersection of N. 16th Avenue and W. 10th Street directing traffic when Cpl. Blancett observed Sgt. Sumrall, Cpl. Freeman, Cpl. Hancock and Officer Prunera had the driver and passenger outside of the vehicle talking to them. Cpl. Blancett observed officers trying to place the driver into custody when the driver refused to be placed into handcuffs and pulled away from officers. Cpl. Blancett ran over to assist the officers. Cpl. Blancett heard an officers taser being deployed. Cpl. Blancett made contact with the offices and the driver and observed the driver laying on his side beside the drivers door of the vehicle. Cpl. Blancett observed the driver reaching into his waist band near his groin area. That's when Cpl. Blancett heard Sgt. Sumrall give several loud verbal commands to the driver to take his hands out of his waist band. The driver then jumped up, still having both hands in his waist band and began fleeing on foot going towards Title Cash. Cpl. Blancett observed the driver sharply turned back towards officers, as the driver took steps away from officers, still having his hands inside his waist band. The driver once again was told to take his hands out of his waist band. While still having his hands inside his waist band made the abrupt turn towards officer. The driver was shot by Officer in a response to the drivers movement for officer safety. The bullet appeared to have entered the drivers back near the spine. The driver dropped to the ground afterwards. Officer Freeman began immediately initiated emergency care and began trying to stop the bleeding.. Em Serv arrived on scene to render medical care. The driver was transported to South Central Regional Medical Center. The driver was later identified as B/M MeKail Amos Thomas, DOB: 08-05-1990, SSN: 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, ADD: 248 Walters Road, Ellisville, Ms, DL: 800675835. End of report/ B 243 Blancett/sb

Case No: 2019012590 (3)

# Incident # 2019012590 (3)

PRUNERA, SKYLER

On 05-31-2019 at approximately 0048 hours Officer Prunera along with Officer Blancett, Officer Freeman, Officer Hancock were conducting a safety checkpoint at 16th Avenue/10th Street. Officer Freeman approached a vehicle occupied by two black male. The driver, MeKail Thomas, accompanied by a passenger Ereaon Smith, DOB: 06-05-2000, ADD: 1210 N. 4th Avenue, Laurel, Ms 39440, SSN: 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, PH: 601-381-4900. Officer Prunera assisted Officer Freeman when both males started to become nervous and fidgety along with an attitude. Freeman asked Thomas to pull the car into the right lane. Thomas then pulled the vehicle to the intersection of 17th Avenue and 10th Street making a right headed East on 10th Street and pulled into 1604 W 10th Street business Title Cash. As Officer Freeman approached the driver side of the vehicle Officer Prunera approached the passenger side. Freeman spoke with the driver, Thomas and then Officer Prunera spoke with the passenger Smith. Freeman then asked Thomas to exit the vehicle and Officer Prunera asked Smith to exit as well. The driver immediately started having an attitude, being belligerent and failing to comply with keeping his hands on the trunk of the vehicle. The passenger, Smith was patted down for officer safety. Prunera told Thomas to keep his hands placed on the trunk and Officer Freeman had found marijuana in the vehicle and told Thomas he was being placed under arrest. When Officer Freeman started to detain Thomas, Thomas started to reach his hands in his pants and also shove the officers away from him causing officers to wrestle Thomas to the ground. Thomas would not comply and was resisting arrest; officers could not get arms behind back or in handcuffs. Sgt. Sumrall then deployed his department issued XP 26 CEW and yelled taser several times before deploying. The taser was not effective and Thomas was still reaching his hands in his pants and came to his feet when he started to run. A shot was fired by an officer and Thomas had fallen to the ground. Thomas still would not comply and was resisting as we as keeping his hand inside his pants. Officers started providing Thomas with medical assistance immediately and called Em Serv. Officer Prunera then placed Smith in Unit 37 after Em Serv arrived. Officer Prunera then went to help give aid to Thomas and speak to the other officers. Officer Prunera helped other officers and Em Serv get Thomas onto the stretcher and asked Em Serv if they had any alcohol or cleaning supplies for his hands. Officer Prunera later transported Smith to the Laurel Police Department at 317 S. Magnolia Street. Officer Prunera search Smith and found a large bag of marijuana, a smaller bag of marijuana and a marijuana cigar rolled stuffed in the toe of his boot. Smith was left with booking. End of report/ B 282 Prunera/sb

# LAUREL POLICE DEPARTMENT
## Offense / Incident Report

**GENERAL OFFENSE INFORMATION**  **Report Type:** Supplement

| | | | |
|---|---|---|---|
| Agency | LAUREL POLICE DEPT | Location | 1604 W 10TH STREET LAUREL MISSISSIPPI 39440 |
| Case # | 2019012590 (4) | | |
| File # | | | |
| Description | Officer Involved Shooting | | |
| Incident Status | ACTIVE | From Date/Time | 05/31/2019 00:48 |
| | | To Date/Time | |
| | | Report Date | 05/31/2019 19:45 |
| Reporting Officer | REAVES, MICHAEL | Initial Rep. Date | 05/31/2019 00:48 |

### COMPLAINANT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | FREEMAN, JOSH | | | | | | |
| Address | 317 S MAGNOLIA STREET LAUREL MS 39440 | | | | | Phone | 601-425-4711 |
| Race | W | Ethnic | N | Sex | M | DOB | |
| Height | | Weight | | Hair | | Eyes | |
| S.S.N. | - - | DL & St. | | JRN# | | | |

### INVESTIGATOR

| Name | REAVES, MICHAEL | Assigned Date | 05/31/2019 | Supplement No | 4 |
|---|---|---|---|---|---|

**Entered By** REAVES, MICHAEL

**Officer** REAVES, MICHAEL

**Supervisor**

**CITY OF LAUREL 000007**

## Incident # 2019012590 (4)

REAVES, MICHAEL

On May 31, 2019 at approximately 0058 hours Lieutenant Michael Reaves was contacted by Che if Tommy Cox and advised to respond to the intersection of 16th Avenue and 10th Street in reference too a Officer involved shooting. Lt. Reaves responded to the scene and upon arrival at the location made contact with Sgt. Mitch. Sumrall who briefed Lt. Reaves on the incident. Lt. Reaves attention was then directed to a Lincoln Town Car, tag number: JNB-6726 which was parked directly in front of 1604 West 10th Street; being Title Cash. Lt. Reaves was advised that this was the car the suspect was driving when he approached a drivers license check point the Officers where working at the intersection. Lt. Reaves then observed and area in front of the vehicle with a pool of blood on the ground and numerous bandages along with clothing and a taser wire. Lt. Reaves then observed the suspect in the rear of a Emserv ambulance; the suspect now being identified as Mekail Amos Thomas. Thomas at the time Lt. Reaves observed the individual was awake and alert and speaking with EmServ personnel.

Lt. Reaves began to secure the scene by insuring that the scene was tapped appropriately and began marking evidence with numbered placards. Lt. Reaves was then joined at the scene by Jones County District Attorney Investigator Wayne Black. Both Reaves and Black working independently of one another began photographing various pieces of evidence at the scene. Lt. Reaves after the first round of photographs marked the evidence locations with orange marking paint to insure a proper record of evidence location on the pavement. Reaves then began a second round of photographs and also video recorded the scene as well.

Lt. Reaves the spoke with Chief Cox via cellphone and was instructed to hold the scene until which time the Mississippi Bureau of Investigation arrived. At approximately 0400 hours Special Agent Master Sergeant Leo Clemons arrived at the location. Lt. Reaves briefed Clemons on the incident and walked Clemons through the scene. Clemons collected a .45 caliber shell casing and the suspects grey shirt from the scene. Jones County D.A. Wayne Black photographed Clemons as he collected the evidence. Lt. Reaves collected the suspects wallet along with U.S. currency totaling $1495.00 and a black wallet with numerous cards, all of which were placed in property in the front office of the Laurel Police Department. Lt. Reaves collected the taser wire and probes from the scene.