# EX. "C"

Video Statement of
Plaintiff, Ereaon Smith