# AFFIDAVIT
# STATE OF MISSISSIPPI
## City of Laurel
## LAUREL MUNICIPAL COURT
Case No.: 201901326

Personally appeared before me, AMANDA GOULD, JOSH FREEMAN, who make oath on or about the 31st day of May, 2019, within the corporate limits of said city and in the jurisdiction of the Court, MEKAIL AMOS THOMAS was in violation of Section 41-29-139(C)(2)(B) of the Mississippi Annotated Code of 1972, CONTROLLED SUBSTANCE; POSSESSION OF MARIJUANA IN VEHICLE (1-30 GRAMS), and did unlawfully, willfully and knowingly possess marijuana of a quantity of more than one gram, but not more than thirty (30) grams, while operating a motor vehicle.

This in the City of Laurel, LAUREL MUNICIPAL COURT, in the state of MISSISSIPPI. Against the peace and dignity of the State of Mississippi and contrary to the Ordinances of said city in such cases made and provided, and in the good order and peace thereof.

_____
Affiant

Sworn and subscribed before me on this the 10th day of April, 2020.

_____
Signed

**Defendant**           **Address**
MEKAIL AMOS THOMAS
BLACK/MALE
DOB: 8/05/1990

EX. "D"

**CITY OF LAUREL 000484**

# AFFIDAVIT
# STATE OF MISSISSIPPI
## City of Laurel
## LAUREL MUNICIPAL COURT
Case No.: 201901325

Personally appeared before me, AMANDA GOULD, JOSH FREEMAN, who make oath on or about the 31st day of May, 2019, within the corporate limits of said city and in the jurisdiction of the Court, MEKAIL AMOS THOMAS was in violation of Section 97-9-73 of the Mississippi Annotated Code of 1972, RESISTING OR OBSTRUCTING ARREST, and did unlawfully and willfully resist by pushing and pulling away from Officer Freeman while Freeman was attempting to put handcuffs on Thomas while repeatedly instructing Thomas to place his hands behind his back and by fleeing on foot from his lawful arrest by Officer Josh Freeman, a Laurel Police Officer.

This in the City of Laurel, LAUREL MUNICIPAL COURT, in the state of MISSISSIPPI. Against the peace and dignity of the State of Mississippi and contrary to the Ordinances of said city in such cases made and provided, and in the good order and peace thereof.

_____
Affiant

Sworn and subscribed before me on this the 10th day of April, 2020.

_____
Signed

**Defendant**
MEKAIL AMOS THOMAS
BLACK/MALE
DOB: 8/05/1990

**Address**
6/2/la
µv