# EXHIBIT C

# Compilation of Body Camera Videos Cited in Plaintiffs' Response to Motion for Summary Judgment

X81088948 -Body Cam 1

X81092352- Body Cam 2

X81091613 -Body Cam 3

X81092753 -Body Cam 4