IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MEKAIL THOMAS and
EREAON SMITH                                                                                    PLAINTIFFS

vs.                                        CIVIL ACTION NO.  2:19-CV-112-KS-MTP

THE CITY OF LAUREL MISSISSIPPI; THE
LAUREL POLICE DEPARTMENT; TOMMY COX;
MITCH SUMRALL; KEITH BLANCETT; JOSH
FREEMAN; SKYLAR PRUNERA; BRIAN HANCOCK;
and JOHN DOES, 1-10                                                                             DEFENDANTS

## DEFENDANTS' MOTION TO
## CONTINUE TRIAL DATE

COMES NOW Defendants, Mitch Sumrall, Keith Blancett, Josh Freeman, Skylar Prunera and Brian Hancock, by and through their attorneys of record, in the above-styled matter, and files their *Motion to Continue Trial Date*, and in support states as follows:

1. The trial in this matter is currently scheduled to begin on Tuesday, October 19 2021.

2. Due to reasons outside of counsels' control, Defendant Skylar Prunera, is unable to attend and/or participate in the preparation for or the trial in this matter.

3. Therefore, Defendants and their counsel respectfully request that this matter be continued to a later date.

**WHEREFORE, PREMISES CONSIDERED,** Defendants, requests that this Court grant their request that this matter be continued to a later date as determined by the Court. Defendants further request the Court grant them any additional relief that it deems necessary and appropriate.

Respectfully submitted on this the 12th day of October, 2021.

Mitch Sumrall et al,Defendants

By:   /s/ Brett W. Robinson
      **Brett W. Robinson**

**Brett W. Robinson, [MSB#10006]**
**Hortman Harlow Bassi Robinson**
  **& McDaniel, PLLC**
Post Office Drawer 1409
Laurel, MS 39441-1409
Tele: (601) 649-8611
Fax: (601) 649-6062
brobinson@hortmanharlow.com
    **[Attorneys for Defendants]**

\* \* \* \* \* \* \* \* \* \*
<u>**CERTIFICATE OF SERVICE**</u>

    I, Brett W. Robinson, attorney for Defendants does hereby certify that I have this date filed via the Court's electronic filing system the above and foregoing document to all parties of record:

    THIS, the 12th day of October, 2021.

      /s/ Brett W. Robinson
      **BRETT W. ROBINSON**